B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re  PATRICIA RUSSELL CHAPMAN                    , Case No.  21-13934

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KHEAA | NAVIENT CFC – NAVIENT SOLUTIONS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
KHEAA
PO BOX 798 Frankfort, KY 40602-0798
Frankfort, KY 40602-0798

Court Claim # (if known):  1
Amount of Claim:  $18514.51
Date Claim Filed:  05/20/2021

Phone:  502-696-7308
Last Four Digits of Acct #:  2303

Phone:  570-821-3600
Last Four Digits of Acct. #:  2303

Name and Address where transferee payments should be sent (if different from above):

Phone:  N/A
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Miles F. Justice                    Date:  06/24/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.