Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  21−13934−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Russell−Chapman
  aka Patricia R Chapman
  5918 Maple Drive
  Mays Landing, NJ 08330

Social Security No.:
  xxx−xx−2303

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 19, 2021.

Dated: August 19, 2021
JAN: kvr

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13934-JNP |
| Patricia Russell-Chapman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 19, 2021 | Form ID: plncf13 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Russell-Chapman, 5918 Maple Drive, Mays Landing, NJ 08330-2343 |
| 519232436 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519209072 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519209073 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 519209076 | | Div of Pensions and Benefits, Health Benefits Bureau, PO Box 653, Trenton, NJ 08646-0653 |
| 519209077 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519229421 | + | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519209078 | + | Gitmeid Law, 11 Broadway #1677, New York, NY 10004-1303 |
| 519245748 | + | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 519245749 | + | KHEAA, PO BOX 798, FRANKFORT, KY 40602, KHEAA, PO BOX 798 FRANKFORT, KY 40602-0798 |
| 519209082 | + | Kendall Bank, 4149 Pennsylvania Avenue, Suite 102, Kansas City, MO 64111-3034 |
| 519209083 | | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 519209084 | + | Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519209086 | | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519209088 | | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519209089 | + | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Mail Code 747, Ramsey, NJ 07446-1160 |
| 519209090 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519209091 | | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 519209094 | + | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519209100 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519209095 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519209098 | + | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519209097 | + | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519209096 | | Select Portfolio Servicing, Inc., Attn: Customer Service, PO Box 551170, Jacksonville, FL 32255-1170 |
| 519209099 | + | Solar House II, LLC, PO Box 3500, Draper, UT 84020-3500 |
| 519209101 | | State of New Jersey Dept. of Treasury, Div of Pensions and Benefits, PO Box 295, Trenton, NJ 08625-0295 |
| 519225083 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519209103 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519209105 | + | Tesla Solar, Energy Billing Department, PO Box 3500, Draper, UT 84020-3500 |
| 519267316 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519209074 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 19 2021 20:36:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519221830 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 19 2021 20:36:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2021 20:36:14 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519233494 | + | Email/Text: ISAC.Bankruptcy@illinois.gov | Aug 19 2021 20:21:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 519209081 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2021 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519209079 | | Email/Text: clientsupport@lead.bank | Aug 19 2021 20:21:00 | Helix Financial, 1801 Main Street, Kansas City, MO 64101 |
| 519221540 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:36:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519209085 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2021 20:35:57 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519217516 | + | Email/PDF: pa_dc_claims@navient.com | Aug 19 2021 20:36:05 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 519209087 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519248589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2021 20:35:57 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519209093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:35:58 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519253505 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 20:35:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210081 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 20:35:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519209102 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 20:36:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519209104 | | Email/Text: bankruptcy@td.com | Aug 19 2021 20:21:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519209080 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 519209092 | *+ | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: plncf13 | Total Noticed: 48 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Debtor Patricia Russell-Chapman joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4