Certificate Number: 15317-NJ-DE-035959165

Bankruptcy Case Number: 21-13934



15317-NJ-DE-035959165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2021</u>, at <u>7:39</u> o'clock <u>PM PDT</u>, <u>Patricia Russell Chapman</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 31, 2021</u>          By:      <u>/s/Christel Raz</u>

Name:   <u>Christel Raz</u>

Title:   <u>Counselor</u>