Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 21-13934 (JNP)**

Patricia Russell-Chapman  
5918 Maple Drive  
Mays Landing, NJ  08330

Monthly Payment: $421.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2021 | $400.00 | 06/16/2021 | $400.00 | 07/21/2021 | $400.00 | 08/19/2021 | $400.00 |
| 09/15/2021 | $400.00 | 10/20/2021 | $421.00 | 11/18/2021 | $421.00 | 12/15/2021 | $421.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA RUSSELL-CHAPMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $2,603.28 | $396.72 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $17,267.91 | $0.00 | $17,267.91 | $0.00 |
| 2 | ATLANTIC GASTROENTEROLOGY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,310.07 | $0.00 | $2,310.07 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,128.39 | $0.00 | $5,128.39 | $0.00 |
| 5 | DIV OF PENSIONS AND BENEFITS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FIFTH THIRD BANK | 24 | $331.52 | $0.00 | $331.52 | $0.00 |
| 7 | GITMEID LAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | HELIX FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENDALL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LABORATORY CORPORATION OF AMERICA HOLDIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LYONS DOUGHTY & VELDHUIS, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KHEAA | 33 | $18,514.51 | $0.00 | $18,514.51 | $0.00 |
| 15 | NORTHSTAR LOCATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RUBIN & ROTHMAN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $17,399.27 | $0.00 | $17,399.27 | $0.00 |
| 25 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | SOLAR HOUSE II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $1,933.82 | $0.00 | $1,933.82 | $0.00 |
| 30 | STATE OF NEW JERSEY DEPT. OF TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | 33 | $1,721.37 | $0.00 | $1,721.37 | $0.00 |
| 32 | TD BANK, N.A. | 33 | $9,922.01 | $0.00 | $9,922.01 | $0.00 |
| 33 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TESLA SOLAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $1,444.19 | $0.00 | $1,444.19 | $0.00 |
| 39 | CAPITAL ONE BANK USA, N.A. | 33 | $5,968.87 | $0.00 | $5,968.87 | $0.00 |
| 40 | ILLINOIS STUDENT ASSISTANCE COMMISSION | 33 | $206,135.26 | $0.00 | $206,135.26 | $0.00 |
| 41 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2021 | 2.00 | $0.00 |
| 08/01/2021 | Paid to Date | $1,200.00 |
| 09/01/2021 | 57.00 | $421.00 |
| 06/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,263.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $385.64 |
| Arrearages: | ($379.00) |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**