**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, et al.

In Re:

Patricia Russell-Chapman,

Debtor.

Case No.: __21-13934-JNP__

Chapter: __13__

Hearing Date: __5/3/2022__

Judge: __Poslusny__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 5918 Maple Drive, Mays Landing, NJ (Docket # 29)

_____

Date: 4/28/2022                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*