B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of <u>NEW JERSEY</u>

In re  <u>RUSSELL-CHAPMAN, PATRICIA</u>  Case No.  <u>2113934</u>

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | ILLINOIS STUDENT ASSISTANCE COMMISSION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  ECMC
  P.O. Box 16408
  St. Paul, MN 55116-0408

Court Claim # (if known): 8
Amount of Claim: $206,135.26
Date Claim Filed: 06/10/2021

Phone: 651-221-0566
Last Four Digits of Acct #: 2303

Phone: 847-948-8500
Last Four Digits of Acct #: 2303

Name and Address where transferee payments should be sent (if different from above):
  ECMC
  Lockbox #8682
  P.O. Box 16478
  St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 2303

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Chammye Xiong</u>         Date: <u>06/03/2022</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

September 22, 2021

Mr. Eric Zarnikow
Executive Director
Illinois Student Assistance Commission
500 W. Monroe Street
Springfield, IL  62704

Dear Mr. Zarnikow:

This letter serves as notification that the Department of Education has designated the Educational Credit Management Corporation as the guarantor for the State of Illinois. The effective date of this transition will be determined by ISAC, ECMC, and the Department after estimating the scope of work needed to transition the non-defaulted portfolio and the defaulted portfolio, minus work done by ISAC for the special mandatory assignment adjustments.

The Department will work closely with representatives from ISAC and ECMC to ensure a successful transition and we will strive to make certain that all participants in the Federal Family Education Loan Program have uninterrupted access to all services.

Thank you for your continued cooperation. If you have any questions or concerns, please have your staff contact Michael Sutphin at (202) 329-7695 or Mike.Sutphin@ed.gov.

Sincerely,

Richard Cordray
Chief Operating Officer
Federal Student Aid
U.S. Department of Education

cc:  Shoba Nandham, Chief Financial Officer, ISAC
    Deborah Harry, Deputy Chief Operating Officer, Partner Participation and Oversight (PPO)
    Dr. Michael Marion Jr., Director, Partner Eligibility and Oversight Services Directorate (PEOSD)
    Jerry Wallace, Director, Financial Institution Oversight Services, PEOSD/PPO

