Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-13934 (JNP)

Patricia Russell-Chapman  
5918 Maple Drive  
Mays Landing, NJ  08330

Monthly Payment: $435.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2022 | $421.00 | 02/16/2022 | $421.00 | 03/22/2022 | $435.00 | 04/20/2022 | $421.00 |
| 05/18/2022 | $421.00 | 06/15/2022 | $421.00 | 07/29/2022 | $430.00 | 09/20/2022 | $425.00 |
| 11/15/2022 | $425.00 | 12/22/2022 | $430.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA RUSSELL-CHAPMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $2,603.28 |
| 1 | AMERICAN EXPRESS | 33 | $17,267.91 | $0.00 | $17,267.91 | $0.00 |
| 2 | ATLANTIC GASTROENTEROLOGY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,310.07 | $0.00 | $2,310.07 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,128.39 | $0.00 | $5,128.39 | $0.00 |
| 5 | DIV OF PENSIONS AND BENEFITS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FIFTH THIRD BANK | 24 | $331.52 | $46.94 | $284.58 | $0.00 |
| 7 | GITMEID LAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | HELIX FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENDALL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LABORATORY CORPORATION OF AMERICA HOLDIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LYONS DOUGHTY & VELDHUIS, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KHEAA | 33 | $18,514.51 | $0.00 | $18,514.51 | $0.00 |
| 15 | NORTHSTAR LOCATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RUBIN & ROTHMAN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $17,399.27 | $2,464.27 | $14,935.00 | $0.00 |
| 25 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SOLAR HOUSE II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $1,933.82 | $0.00 | $1,933.82 | $0.00 |
| 30 | STATE OF NEW JERSEY DEPT. OF TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | 33 | $1,721.37 | $0.00 | $1,721.37 | $0.00 |
| 32 | TD BANK, N.A. | 33 | $9,922.01 | $0.00 | $9,922.01 | $0.00 |
| 33 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TESLA SOLAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $1,444.19 | $0.00 | $1,444.19 | $0.00 |
| 39 | CAPITAL ONE BANK USA, N.A. | 33 | $5,968.87 | $0.00 | $5,968.87 | $0.00 |
| 40 | ECMC | 33 | $206,135.26 | $0.00 | $206,135.26 | $0.00 |
| 41 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | FIFTH THIRD BANK | 13 | $438.00 | $438.00 | $0.00 | $0.00 |
| 46 | SELECT PORTFOLIO SERVICING, INC. | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2021 | 11.00 | $0.00 |
| 05/01/2022 | Paid to Date | $5,382.00 |
| 06/01/2022 | 48.00 | $435.00 |
| 06/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,250.00 |
| Total paid to creditors this period: | $2,603.28 |
| Undistributed Funds on Hand: | $393.02 |
| Arrearages: | $914.00 |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**