# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT **DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 | CASE NO. 21-13934 JNP<br>CHAPTER 13<br>Judge: Jerrold N. Poslusny Jr. |

In re:

Patricia Russell-Chapman aka Patricia R Chapman

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 07/26/2007

*Doreen Luamanuvae*
*Document Control Officer*

I, _____, employed as _____ by Select Portfolio Servicing, for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3, hereby certifies the following information:

Recorded on <u>August 3, 2007</u> in <u>Atlantic</u> County, in <u>Instrument Number 2007072336.</u>
Property Address: <u>5918 Maple Drive Mays Landing, NJ 08330.</u>

Mortgage Holder: <u>U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3</u>

Mortgagor(s)/ Debtor(s): <u>Patricia Russell-Chapman aka Patricia R Chapman</u>

POST-PETITION PAYMENTS (Petition filed on May 12, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 05/18/2022 | | | - |
| $1,672.23 | 05/01/2022 | 05/2022 | $1,760.00 | 06/14/2022 | $87.77 |
| $913.89 AO Payment 1/8 | 05/01/2022 | N/A | $915.00 | 06/17/2022 | $88.88 |
| N/A | N/A | To Suspense | $600.00 | 08/05/2022 | $688.88 |
| $1,641.07 | 06/01/2022 | 06/2022 | $1,672.00 | 08/10/2022 | $719.81 |
| $913.89 AO Payment 2/8 | 06/01/2022 | N/A | $1,675.00 | 08/16/2022 | $1,480.92 |
| $1,641.07 | 07/01/2022 | 07/2022 | $913.95 | 10/13/2022 | $753.80 |
| $913.89 AO Payment 3/8 | 07/01/2022 | N/A | $658.05 | 10/13/2022 | $497.96 |
| $1,641.07 | 08/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $913.89 AO Payment 4/8 | 08/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $1,641.07 | 09/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $913.89 AO Payment 5/8 | 09/01/2022 | N/A | $0.00 | N/A | $497.96 |

| | | | | | |
|---|---|---|---|---|---|
| $1,641.07 | 10/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $913.89 AO Payment 6/8 | 10/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $1,641.07 | 11/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $913.89 AO Payment 7/8 | 11/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $1,641.07 | 12/01/2022 | N/A | $0.00 | N/A | $497.96 |
| $913.89 AO Payment 8/8 | 12/01/2022 | N/A | $0.00 | N/A | $497.96 |
| **Total Due: $20,470.84** | | **Total Received: $8,194.00** | | **Arrears: $12,276.84** | |

Continue on attached sheets if necessary.

Monthly payments past due: 5 mos. X $1,641.07
Agreed Order payments past due: 5 X $913.89
Arrears: $12,276.84

Each current monthly payment is comprised of:
    Principal and Interest: $1,142.94
    R.E. Taxes: $ N/A
    Insurance: $ N/A
    Other: $498.13   (Specify: Escrow)
    TOTAL $1,641.07

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notice of Mortgage Payment Change: filed 04/04/2022, effective 06/01/2022.

PRE-PETITION ARREARS: $17,399.27

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/20/2023

_____
Signature

**Doreen Luamanuvae**
Document Control Officer
Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, Utah 84119