Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21–13934–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Russell–Chapman
  aka Patricia R Chapman
  5918 Maple Drive
  Mays Landing, NJ 08330

Social Security No.:
  xxx–xx–2303

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           March 14, 2023
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*39* – Certification in Opposition to Select Portfolio Certification of Default (related document:38 Creditor's Certification of Default (related document:29 Motion for Relief from Co–Debtor Stay of Avon Chapman filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020–R3, Mortgage–Backed Notes, Series 2020–R3, Motion for Relief from Stay re: re: 5918 Maple Drive, Mays Landing, NJ, 08330. Fee Amount $ 188., 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020–R3, Mortgage–Backed Notes, Series 2020–R3. Objection deadline is 02/16/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020–R3, Mortgage–Backed Notes, Series 2020–R3) filed by Joel R. Spivack on behalf of Patricia Russell–Chapman. (Spivack, Joel)

and transact such other business as may properly come before the meeting.

Dated: February 10, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk