UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, et al.

In Re:

Patricia Russell-Chapman,

Debtor.

| | |
|---|---|
| Case No.: | 21-13934-JNP |
| Chapter: | 13 |
| Hearing Date: | 03/14/2023 |
| Judge: | Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 38)

_____

Date: 03/13/2023 _____          /s/ Denise Carlon _____
                                                         Signature

*rev.8/1/15*