Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13934−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Russell−Chapman
   aka Patricia R Chapman
   5918 Maple Drive
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−2303

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 19, 2021.

On 4/18/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               June 7, 2023
Time:                    09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 19, 2023
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-13934-JNP

Patricia Russell-Chapman                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                  Page 1 of 4

Date Rcvd: Apr 19, 2023                  Form ID: 185                                 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Russell-Chapman, 5918 Maple Drive, Mays Landing, NJ 08330-2343 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| 519209073 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 519209076 | | Div of Pensions and Benefits, Health Benefits Bureau, PO Box 653, Trenton, NJ 08646-0653 |
| 519209078 | + | Gitmeid Law, 11 Broadway #1677, New York, NY 10004-1303 |
| 519209082 | #+ | Kendall Bank, 4149 Pennsylvania Avenue, Suite 102, Kansas City, MO 64111-3034 |
| 519209096 | | Select Portfolio Servicing, Inc., Attn: Customer Service, PO Box 551170, Jacksonville, FL 32255-1170 |
| 519209099 | + | Solar House II, LLC, PO Box 3500, Draper, UT 84020-3500 |
| 519209100 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519209101 | | State of New Jersey Dept. of Treasury, Div of Pensions and Benefits, PO Box 295, Trenton, NJ 08625-0295 |
| 519225083 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519209105 | + | Tesla Solar, Energy Billing Department, PO Box 3500, Draper, UT 84020-3500 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519232436 | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2023 20:39:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519209072 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2023 20:39:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519209074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2023 20:39:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519221830 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2023 20:39:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2023 20:39:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519630346 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2023 20:37:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519630347 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2023 20:37:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

Case 21-13934-JNP    Doc 47    Filed 04/21/23    Entered 04/22/23 00:13:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 185 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 519209077 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 19 2023 20:37:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519229421 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 19 2023 20:36:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519233494 | + | Email/Text: ISAC.Bankruptcy@illinois.gov | Apr 19 2023 20:36:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 519209081 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2023 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519245748 | | Email/Text: legaldivision@kheaa.com | Apr 19 2023 20:36:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519245749 | | Email/Text: legaldivision@kheaa.com | Apr 19 2023 20:36:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602, KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519209083 | | Email/Text: govtaudits@labcorp.com | Apr 19 2023 20:36:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 519209079 | | Email/Text: bankruptcies@lead.bank | Apr 19 2023 20:36:00 | Helix Financial, 1801 Main Street, Kansas City, MO 64101 |
| 519221540 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 20:39:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519209084 | + | Email/Text: BKNotice@ldvlaw.com | Apr 19 2023 20:36:00 | Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519209085 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2023 20:39:35 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519217516 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2023 20:39:15 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 519209086 | ^ | MEBN | Apr 19 2023 20:32:09 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519209087 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2023 20:37:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519248589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:36 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519209088 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2023 20:36:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519209089 | + | Email/Text: ngisupport@radiusgs.com | Apr 19 2023 20:36:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Mail Code 747, Ramsey, NJ 07446-1160 |
| 519209090 | + | Email/Text: ngisupport@radiusgs.com | Apr 19 2023 20:36:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519209091 | | Email/Text: ngisupport@radiusgs.com | Apr 19 2023 20:36:00 | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 519209093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 20:39:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519209094 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 19 2023 20:36:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519209095 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2023 20:37:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519209097 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2023 20:37:00 | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519209098 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2023 20:37:00 | Select Portfolio Servicing, Inc., 3217 South |

Case 21-13934-JNP    Doc 47    Filed 04/21/23    Entered 04/22/23 00:13:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 185 | Total Noticed: 51 |

| Recip ID | Bypass Reason | Notice Method | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519253505 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210081 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519209102 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519209104 | | Email/Text: bankruptcy@td.com | Apr 19 2023 20:37:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519209103 | + | Email/Text: bncmail@w-legal.com | Apr 19 2023 20:36:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519267316 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2023 20:37:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540784 | *+ | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519209080 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 519209092 | *+ | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank  N.A. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 19, 2023 | Form ID: 185 | Total Noticed: 51 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joel R. Spivack
    on behalf of Debtor Patricia Russell-Chapman joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6