Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.: 21−13934−JNP
                                                Chapter: 13
                                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Russell−Chapman
   aka Patricia R Chapman
   5918 Maple Drive
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−2303

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 7, 2023.

Dated: June 7, 2023
JAN: kvr

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 21-13934-JNP

Patricia Russell-Chapman                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                       User: admin                                                  Page 1 of 4

Date Rcvd: Jun 07, 2023                                Form ID: plncf13                                   Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Russell-Chapman, 5918 Maple Drive, Mays Landing, NJ 08330-2343 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| 519209073 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 519209076 | | Div of Pensions and Benefits, Health Benefits Bureau, PO Box 653, Trenton, NJ 08646-0653 |
| 519209078 | + | Gitmeid Law, 11 Broadway #1677, New York, NY 10004-1303 |
| 519209082 | #+ | Kendall Bank, 4149 Pennsylvania Avenue, Suite 102, Kansas City, MO 64111-3034 |
| 519209096 | | Select Portfolio Servicing, Inc., Attn: Customer Service, PO Box 551170, Jacksonville, FL 32255-1170 |
| 519209099 | + | Solar House II, LLC, PO Box 3500, Draper, UT 84020-3500 |
| 519209100 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519209101 | | State of New Jersey Dept. of Treasury, Div of Pensions and Benefits, PO Box 295, Trenton, NJ 08625-0295 |
| 519209105 | + | Tesla Solar, Energy Billing Department, PO Box 3500, Draper, UT 84020-3500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519232436 | | Email/PDF: bncnotices@becket-lee.com | Jun 07 2023 21:09:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519209072 | + | Email/PDF: bncnotices@becket-lee.com | Jun 07 2023 21:09:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519209074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2023 21:09:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519221830 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2023 21:09:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2023 21:09:10 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519630346 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 07 2023 20:51:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519630347 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 07 2023 20:51:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519209077 | | Email/Text: collectionbankruptcies.bancorp@53.com | | |

Case 21-13934-JNP    Doc 56    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: plncf13 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 07 2023 20:51:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519229421 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 07 2023 20:51:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519233494 | + | Email/Text: ISAC.Bankruptcy@illinois.gov | Jun 07 2023 20:50:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 519209081 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2023 20:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519245748 | | Email/Text: legaldivision@kheaa.com | Jun 07 2023 20:51:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519245749 | | Email/Text: legaldivision@kheaa.com | Jun 07 2023 20:51:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602, KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519209083 | | Email/Text: govtaudits@labcorp.com | Jun 07 2023 20:51:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 519209079 | | Email/Text: bankruptcies@lead.bank | Jun 07 2023 20:50:00 | Helix Financial, 1801 Main Street, Kansas City, MO 64101 |
| 519921104 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 21:09:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921105 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 21:09:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519221540 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 20:58:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519209084 | + | Email/Text: BKNotice@ldvlaw.com | Jun 07 2023 20:51:00 | Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519209085 | + | Email/PDF: pa_dc_claims@navient.com | Jun 07 2023 20:58:01 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519217516 | + | Email/PDF: pa_dc_claims@navient.com | Jun 07 2023 21:09:06 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 519209086 | ^ | MEBN | Jun 07 2023 20:46:20 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519209087 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519248589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2023 21:09:19 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519209088 | | Email/Text: signed.order@pfwattorneys.com | Jun 07 2023 20:50:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519209089 | + | Email/Text: ngisupport@radiusgs.com | Jun 07 2023 20:51:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Mail Code 747, Ramsey, NJ 07446-1178 |
| 519209090 | + | Email/Text: ngisupport@radiusgs.com | Jun 07 2023 20:51:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519209091 | | Email/Text: ngisupport@radiusgs.com | Jun 07 2023 20:51:00 | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 519209093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 20:58:52 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519209094 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 07 2023 20:50:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519209095 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 07 2023 20:51:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: plncf13 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519209097 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 07 2023 20:51:00 | | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519209098 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 07 2023 20:51:00 | | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519253505 | + | Email/PDF: gecsedi@recoverycorp.com Jun 07 2023 21:09:22 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210081 | + | Email/PDF: gecsedi@recoverycorp.com Jun 07 2023 21:09:11 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519209102 | + | Email/PDF: gecsedi@recoverycorp.com Jun 07 2023 21:09:16 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519209104 | | Email/Text: bankruptcy@td.com Jun 07 2023 20:51:00 | | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519225083 | ^ | MEBN Jun 07 2023 20:46:29 | | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519209103 | + | Email/Text: bncmail@w-legal.com Jun 07 2023 20:51:00 | | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519267316 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 07 2023 20:51:00 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540784 | *+ | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519209080 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 519209092 | *+ | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

**Name**        **Email Address**

| | |
|---|---|
| District/off: 0312-1 | User: admin |
| Date Rcvd: Jun 07, 2023 | Form ID: plncf13 |

Page 4 of 4

Total Noticed: 53

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Joel R. Spivack
    on behalf of Debtor Patricia Russell-Chapman joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6