# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 21-13934 (JNP)

Patricia Russell-Chapman
5918 Maple Drive
Mays Landing, NJ  08330

Monthly Payment: $954.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2023 | $430.00 | 02/15/2023 | $575.00 | 03/15/2023 | $575.00 | 03/16/2023 | $100.00 |
| 04/19/2023 | $575.00 | 04/20/2023 | $130.00 | 05/17/2023 | $575.00 | 06/09/2023 | $200.00 |
| 06/22/2023 | $575.00 | 06/27/2023 | $380.00 | 07/19/2023 | $575.00 | 08/10/2023 | $270.00 |
| 08/16/2023 | $575.00 | 09/01/2023 | $385.00 | 09/20/2023 | $575.00 | 10/18/2023 | $575.00 |
| 11/21/2023 | $440.00 | 12/20/2023 | $575.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICIA RUSSELL-CHAPMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $17,267.91 | $0.00 | $17,267.91 | $0.00 |
| 2 | ATLANTIC GASTROENTEROLOGY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $2,310.07 | $0.00 | $2,310.07 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,128.39 | $0.00 | $5,128.39 | $0.00 |
| 5 | DIV OF PENSIONS AND BENEFITS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FIFTH THIRD BANK | 24 | $331.52 | $111.67 | $219.85 | $64.73 |
| 7 | GITMEID LAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | HELIX FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KENDALL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LABORATORY CORPORATION OF AMERICA HOLDIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LYONS DOUGHTY & VELDHUIS, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KHEAA | 33 | $18,514.51 | $0.00 | $18,514.51 | $0.00 |
| 15 | NORTHSTAR LOCATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RUBIN & ROTHMAN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SELECT PORTFOLIO SERVICING, INC. | 24 | $17,399.27 | $5,861.29 | $11,537.98 | $3,397.02 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SELECT PORTFOLIO SERVICING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SOLAR HOUSE II, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $1,933.82 | $0.00 | $1,933.82 | $0.00 |
| 30 | STATE OF NEW JERSEY DEPT. OF TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $1,721.37 | $0.00 | $1,721.37 | $0.00 |
| 32 | TD BANK, N.A. | 33 | $9,922.01 | $0.00 | $9,922.01 | $0.00 |
| 33 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TESLA SOLAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $1,444.19 | $0.00 | $1,444.19 | $0.00 |
| 39 | CAPITAL ONE, N.A. | 33 | $5,968.87 | $0.00 | $5,968.87 | $0.00 |
| 40 | ECMC | 33 | $206,135.26 | $0.00 | $206,135.26 | $0.00 |
| 41 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | NAVIENT SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | FIFTH THIRD BANK | 13 | $438.00 | $438.00 | $0.00 | $0.00 |
| 46 | SELECT PORTFOLIO SERVICING, INC. | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 47 | AMERICAN EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SELECT PORTFOLIO SERVICING, INC. | 24 | $14,770.00 | $1,720.31 | $13,049.69 | $1,720.31 |
| 49 | SELECT PORTFOLIO SERVICING, INC. | 13 | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2021 | 23.00 | $0.00 |
| 05/01/2023 | Paid to Date | $10,473.00 |
| 06/01/2023 | 36.00 | $954.00 |
| 06/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,085.00 |
| Total paid to creditors this period: | $7,182.06 |
| Undistributed Funds on Hand: | $519.80 |
| Arrearages: | $2,507.00 |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**