|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977<br>(856) 663-5002 |

| In Re:<br><br>PATRICIA<br>RUSSELL-CHAPMAN<br><br>Debtor(s) | Case No.: 21-13934<br><br>Judge: Jerrold N. Poslusny Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |
|---|---|

WHEREAS, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows: Debtor(s)' case be and is hereby allowed to continue at $16,748.00 paid to date, then $1,080.00 per month for the remaining 26 months starting April 01, 2024 for a total plan length of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on 08/18/2021, remain in effect.

_____          3/21/2024
JOEL R. SPIVACK, ESQ.
Debtor(s)' Attorney                                              Date


/s/ Andrew B. Finberg                                          03/20/2024

Andrew B. Finberg                                              Date
Chapter 13 Standing Trustee

** Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee.