UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                              CASE NO.: 21-13934
                                                                                                                                     CHAPTER 13

Patricia Russell-Chapman,
Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                   By: /s/Kimberly Wilson
                                        Kimberly Wilson
                                        Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on November 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICIA RUSSELL-CHAPMAN
5918 MAPLE DRIVE
MAYS LANDING, NJ 08330

And via electronic mail to:

LAW OFFICE OF JOEL R. SPIVACK
1415 MARLTON PIKE EAST
SUITE 302
CHERRY HILL, NJ 08034

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                      By: /s/ Amber Matas