UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**

**Patricia Russell-Chapman,**
  **Debtor.**

**CASE NO.: 21-13934**
**CHAPTER 13**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Vincent Aprile
    Vincent Aprile
    Email: vaprile@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICIA RUSSELL-CHAPMAN
5918 MAPLE DRIVE
MAYS LANDING, NJ 08330

And via electronic mail to:

JOEL R. SPIVACK
LAW OFFICE OF JOEL R. SPIVACK
1415 MARLTON PIKE EAST, SUITE 408
CHERRY HILL, NJ 08034

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE, 535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                By: /s/ Angela Zuelke