**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE:**

**Patricia Russell-Chapman,**
**aka Patricia R Chapman**
**Debtor.**
________________________________/

**CASE NO.: 21-13934-JNP**
**CHAPTER 13**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>Name of Transferee | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holder of the CIM Trust 2020 R3, Mortgage-Based Notes, Series 2020-R3<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 11-3<br>Amount of Claim: $190,719.63<br>Date Claim Filed: 11/14/2025 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 2941 | Phone: 1-800-258-8602<br>Last Four Digits of Acct #: 9159 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 2941

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sharidan A. Hollis    Date: May 22, 2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 26, 2026 electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Patricia Russell-Chapman
5918 Maple Drive
Mays Landing, NJ 08330

And via electronic mail to:

Joel R. Spivack
Law Office of Joel R. Spivack
1415 Marlton Pike East
Suite 408
Cherry Hill, NJ 08034

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Sharidan A. Hollis
Email: shollis@raslg.com