Certificate Number: 13861-NJ-DE-041212610

Bankruptcy Case Number: 21-13934

13861-NJ-DE-041212610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2026, at 7:55 o'clock AM PDT, Patricia Russell-Chapman completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 16, 2026

By: /s/Erin Arispe-Daigle

Name: Erin Arispe-Daigle

Title: Counselor