| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Patricia Russell Chapman | Case No.:  21 13934<br><br>Chapter:  13<br><br>Judge:  JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Patricia Russell Chapman                          , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 7 16 2026

/s/ Patricia Russell Chapman
Debtor's Signature

### IMPORTANT:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

Certificate Number: 13861-NJ-DE-041212610

Bankruptcy Case Number: 21-13934



13861-NJ-DE-041212610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2026</u>, at <u>7:55</u> o'clock <u>AM PDT</u>, <u>Patricia Russell-Chapman</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>July 16, 2026</u>          By:     <u>/s/Erin Arispe-Daigle</u>

Name:  <u>Erin Arispe-Daigle</u>

Title:   <u>Counselor</u>