Certificate Number: 20668-NJ-DE-041219709

Bankruptcy Case Number: 21-13934

20668-NJ-DE-041219709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 5:37 o'clock AM EDT, Patricia Russell-Chapman completed a course on personal financial management given by internet by Andrew Finberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 17, 2026

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator