<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td></tr>
</table>

| | |
|---|---|
| In Re:<br><br>Patricia Russell Chapman | Case No.: __21 13934_____<br><br>Chapter: __13_____<br><br>Judge: __JNP_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Patricia Russell Chapman_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __7 16 2026_____

*Patricia Russell-Chapman*

/s/ Patricia Russell Chapman

Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*