**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Patricia Russell–Chapman<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2303 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–13934–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia Russell–Chapman
aka Patricia R Chapman

9/8/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re: Case No. 21-13934-JNP
Patricia Russell-Chapman Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 4
Date Rcvd: Sep 08, 2026 Form ID: 3180W Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Russell-Chapman, 5918 Maple Drive, Mays Landing, NJ 08330-2343 |
| cr | + | Fifth Third Bank, N.A., P.O. Box 340514, Tampa, FL 33694-0514 |
| 519209073 | | Atlantic Gastroenterology Associates, 3205 Fire Road, Egg Harbor Township, NJ 08234-5884 |
| 519209076 | | Div of Pensions and Benefits, Health Benefits Bureau, PO Box 653, Trenton, NJ 08646-0653 |
| 519209078 | + | Gitmeid Law, 11 Broadway #1677, New York, NY 10004-1303 |
| 519209101 | | State of New Jersey Dept. of Treasury, Div of Pensions and Benefits, PO Box 295, Trenton, NJ 08625-0295 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2026 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2026 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2026 23:03:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2026 23:03:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 519232436 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2026 23:05:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519209072 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2026 23:05:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519209074 | + | EDI: CAPITALONE.COM | Sep 09 2026 02:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519221830 | + | EDI: AIS.COM | Sep 09 2026 02:47:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519209075 | + | EDI: CITICORP | Sep 09 2026 02:47:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519630346 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2026 23:04:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| | | | | |
|---|---|---|---|---|
| 519630347 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2026 23:04:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519209077 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 08 2026 23:05:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519229421 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 08 2026 23:03:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519233494 | ^ | MEBN | Sep 08 2026 23:01:31 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 519209081 | | EDI: IRS.COM | Sep 09 2026 02:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519245748 | | Email/Text: legaldivision@kheaa.com | Sep 08 2026 23:03:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519245749 | | Email/Text: legaldivision@kheaa.com | Sep 08 2026 23:03:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602, KHEAA, PO BOX 798, FRANKFORT, KY 40602 |
| 519209083 | | Email/Text: govtaudits@labcorp.com | Sep 08 2026 23:04:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 519921104 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2026 23:05:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921105 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2026 23:05:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519221540 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2026 23:05:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519209085 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 08 2026 23:05:22 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519217516 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 08 2026 23:05:21 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 519209086 | ^ | MEBN | Sep 08 2026 23:00:33 | Northstar Location Services, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 519209087 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2026 23:04:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519248589 | | EDI: PRA.COM | Sep 09 2026 02:47:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519209088 | | Email/Text: signed.order@pfwattorneys.com | Sep 08 2026 23:03:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519209089 | + | Email/Text: ngisupport@radiusgs.com | Sep 08 2026 23:03:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Mail Code 747, Ramsey, NJ 07446-1178 |
| 519209090 | + | Email/Text: ngisupport@radiusgs.com | Sep 08 2026 23:03:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519209091 | | Email/Text: ngisupport@radiusgs.com | Sep 08 2026 23:03:00 | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 519209093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2026 23:05:23 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519209094 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 08 2026 23:03:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519209079 | | Email/Text: bankruptcy@self.inc | Sep 08 2026 23:04:00 | Helix Financial, 1801 Main Street, Kansas City, MO 64101 |
| 519209100 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 08 2026 23:03:00 | State of New Jersey, Department of the Treasury, |

| | | | | |
|---|---|---|---|---|
| | | | | Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519209095 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2026 23:05:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519209097 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2026 23:05:00 | Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519209098 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2026 23:05:00 | Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519209096 | ^ | MEBN | Sep 08 2026 23:01:10 | Select Portfolio Servicing, Inc., Attn: Customer Service, PO Box 551170, Jacksonville, FL 32255-1170 |
| 519253505 | + | EDI: PRA.COM | Sep 09 2026 02:47:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519210081 | + | EDI: PRA.COM | Sep 09 2026 02:47:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519209102 | + | EDI: SYNC | Sep 09 2026 02:47:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519209104 | | EDI: TDBANKNORTH.COM | Sep 09 2026 02:47:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519225083 | ^ | MEBN | Sep 08 2026 23:00:33 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519209099 | | Email/Text: energybankruptcy@tesla.com | Sep 08 2026 23:04:00 | Solar House II, LLC, PO Box 3500, Draper, UT 84020 |
| 519209105 | | Email/Text: energybankruptcy@tesla.com | Sep 08 2026 23:04:00 | Tesla Solar, Energy Billing Department, PO Box 3500, Draper, UT 84020 |
| 519209103 | + | EDI: WTRRNBANK.COM | Sep 09 2026 02:47:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 521226111 | + | Email/Text: bkteam@selenefinance.com | Sep 08 2026 23:04:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 521226112 | + | Email/Text: bkteam@selenefinance.com | Sep 08 2026 23:04:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. BANK TRUST NATIONAL ASSOCIATION 75019-6295 |
| 519267316 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2026 23:05:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520443772 | + | Email/Text: RASEBN@raslg.com | Sep 08 2026 23:03:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540784 | *+ | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519209080 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |

| | | |
|---|---|---|
| 519209092 | *+ | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519209082 | ##+ | Kendall Bank, 4149 Pennsylvania Avenue, Suite 102, Kansas City, MO 64111-3034 |
| 519209084 | ##+ | Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust Company National Association cwoerner@raslg.com |
| Gavin Stewart | on behalf of Creditor Fifth Third Bank N.A. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Debtor Patricia Russell-Chapman joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R3, Mortgage-Backed Notes, Series 2020-R3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor U.S. Bank Trust National Association vaprile@raslg.com |
| Vincent Alexander Aprile | on behalf of Creditor U.S. Bank Trust Company National Association vaprile@raslg.com |

TOTAL: 11